GEORGE R. TAYLOR, Respondent, *v.* EDWARD SMITH, Appellant.

Reported below, 24 App. Div. 519.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION to amend the notice of appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

*Shire & Jellinek* for motion.

*Tracy C. Becker* opposed.

Motion denied, without costs.